AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| THOMAS EDWARD CALDWELL | ) Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant* | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Thomas Edward Caldwell,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 371- Conspiracy to Commit an Offense
18 U.S.C. § 1512(c)(2)- Obstruction of an Official Proceeding
18 U.S.C. § 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)- Violent Entry or Disorderly Conduct

Date: 01/17/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.17 15:44:32 -05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*