# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) |
| Thomas Edward Caldwell | )   Case No. |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to Commit an Offense |
| 18 U.S.C. § 1512(c)(2) | Obstruction of an Official Proceeding |
| 18 U.S.C. § 1752 (a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. § 5104(e)(2) | Violent Entry or Disorderly Conduct |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Michael M. Palian, Jr., Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: 01/17/2021

Robin M. Meriweather
Digitally signed by Robin M. Meriweather
Date: 2021.01.17 15:42:09 -05'00'

*Judge's signature*

City and state: Washington, D.C.          Robin M. Meriweather , U.S. Magistrate Judge
*Printed name and title*