# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

UNITED STATES OF AMERICA						Case No.:  5:21mj00004

v.										Date:  1/19/21

THOMAS EDWARD CALDWELL

								Time in Court: 3:41-4:34=53 minutes

TYPE OF HEARING:  Rule 5

******************************************************************************
### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe              6. PO – Rachel Funkhouser
2. AUSA – Chris Kavanaugh            7.
3. Dft – Caldwell                    8.
4. Dft atty – Lisa Lorish            9. deputy clerk - Karen Dotson
5.                                   10.

******************************************************************************

CD NO(S). ZOOM Recording            RECORDED BY:  Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 3:41 | 1,9,1,2, |  | 1,2, |  |  |  |  |  |  |
| 42 | 1,4,1 | 4 | 4,1,4 |  |  |  |  |  |  |
|  | 3,1 | 5 | 1,2 |  |  |  |  |  |  |
| 44 | 3,1,3,1 | 6 | 1,2 |  |  |  |  |  |  |
| 47 | 4,1 | 13 | 1,4 |  |  |  |  |  |  |
| 49 | 2,1 | 17 | 1,2 |  |  |  |  |  |  |
| 50 | 3,1,3, | 20 | 1,4 |  |  |  |  |  |  |
| 51 | 1 | 21 | 2,1 |  |  |  |  |  |  |
| 57 | 2,1 | 26 | 3,1 |  |  |  |  |  |  |
| 59 | 3,1 | 32 | 4,1 |  |  |  |  |  |  |
| 4:01 | 4,3,1 |  | 3,1 |  |  |  |  |  |  |
| 2 | 4,1,2 | 33 | 9 |  |  |  |  |  |  |
| 3 | 4,2,4 | 34 | 1,2,4,1 |  |  |  |  |  |  |