| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  TRANSCRIPT ORDER FORM | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|
| *Please Read Instructions on Page 2.* | | |

| 1. **REQUESTOR'S INFORMATION:** | NAME  Tom Jackman | TELEPHONE NUMBER  202-302-3707 |
|---|---|---|
| DATE OF REQUEST  1-21-21 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*  tom.jackman@washpost.com | |
| MAILING ADDRESS  3900 University Dr., Suite 130 | | CITY, STATE, ZIP CODE  Fairfax, VA 22030 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  OR   CHECK HERE [✔]   IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER  5:21-mj-00004 | CASE NAME  US v. Caldwell | JUDGE'S NAME  Hoppe |
| DATE(S) OF PROCEEDING(S)  1-19-21 | TYPE OF PROCEEDING(S)  Initial appearance for Rule 5 hearing | LOCATION OF PROCEEDING  Harrisonburg, VA |
| REQUEST IS FOR: *(Select one)* | [✔] FULL PROCEEDING   OR | [ ] SPECIFIC PORTION(S) *(Must specify below)* |
| SPECIFIC PORTION(S) REQUESTED *(If applicable):* | | |

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
*(See Page 2 for descriptions of each service turnaround category.)*

| [ ] Ordinary (30-Day) | [ ] Daily | CLERKS OFFICE U.S. DIST. COURT AT ROANOKE, VA |
| [ ] 14-Day | [✔] Hourly | FILED  1/21/2021 |
| [ ] Expedited (7-Day) | [ ] RealTime | JULIA C. DUDLEY, CLERK  BY: s/S. Duffy  DEPUTY CLERK |
| [ ] 3-Day | | |

| 4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional). | |
|---|---|
| DATE  1-21-21 | SIGNATURE  *[signature]* |

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.