IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
__HARRISONBURG__ DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Case No. |
| v. | ) | 5:21mj4 |
| Thomas Edward Caldwell , | ) | |
| Defendant(s). | ) | |

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

Defendant __Thomas Edward Caldwell__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- [✔] Initial Appearance/Appointment of Counsel
- [ ] Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [ ] Preliminary Hearing on Felony Complaint
- [✔] Bail/Revocation/Detention Hearing
- [ ] Status and/or Scheduling Conference
- [ ] Misdemeanor Plea/Trial/Sentence
- [ ] Felony Guilty Plea
- [ ] Felony Sentencing

_____          _____
Defendant's Signature                              Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Thomas Edward Caldwell                       Lisa M. Lorish
Print Defendant's Name                         Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_____          _____
Date                                                        U.S. District Judge/U.S. Magistrate Judge